UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

MARY ELLEN CHEPAK

                Plaintiff,         06 cv 7865 (JGK)

  - against -                   ORDER

WALDEN UNIVERSITY

                Defendant.
---

JOHN G. KOELTL, District Judge:

The plaintiff has filed a motion to vacate the dismissal Order and reopen the case. The defendant should respond by **October 16, 2020**. The plaintiff may reply by **October 23, 2020**.

SO ORDERED.

Dated:    New York, New York
          October 1, 2020

                                      John G. Koeltl
                             United States District Judge


Copy mailed to pro se party(ies) at docket address