UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY ELLEN CHEPAK,

                Plaintiff,

      -against-                                    06 civ 7865 (JGK)

WALDEN UNIVERSITY,

                Defendant.
-------------------------------------------------------------X

**ORDER**

The Clerk is directed to strike Document 58 and file it under seal.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October 5, 2020